UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 08-0194M-01 (CR) |
| BRANDON M. GORE, | : | VIOLATIONS: 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(iv) |
| Defendant. | : | (Unlawful Possession With Intent to Distribute 100 Grams or More of a Mixture |
| | : | or Substance Containing a Detectable Amount of Phencyclidine); |
| | : | 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about March 19, 2008, within the District of Columbia, **BRANDON M. GORE** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was 100 grams or more.

**(Unlawful Possession With Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv))

## COUNT TWO

On or about March 19, 2008, within the District of Columbia, **BRANDON M. GORE** having been convicted of a crime punishable by imprisonment for a term exceeding one year, in District of Columbia Superior Court, Criminal Case No. 2006CF2004611, did unlawfully and knowingly receive and possess a firearm, that is, a Taurus .357 caliber Magnum revolver, and did unlawfully and knowingly receive and possess ammunition, that is, six Federal .357 caliber Magnum hollow point cartridges, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610

BY: _____
EMILY A. MILLER
Assistant United States Attorney
Bar No. 462077
Federal Major Crimes Section
555 4th Street, N.W., Room 4237
Washington, DC 20530
(202) 514-7533
Emily.Miller2@usdoj.gov