UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )   Criminal Case No. _08-142_
)
_Brandon Gore_ )
)

**FILED**

MAY 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF INDICTMENT

I, _Brandon Gore_, the above-name defendant, who is accused of



being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _5/22/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Brandon Gore_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judge James Robertson