UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

*Brandon M. Oore*

Criminal No. 08-142

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives its right to trial by jury.

**FILED**

**MAY 2 2 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States Attorney

**APPROVED:**

_____
JAMES ROBERTSON
United States District Judge

Dated: ___5/22___ 2007