UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 08-142(JR) |
| v. | ) | |
| BRANDON GORE | ) | |

### MOTION TO CONTINUE THE SENTENCING HEARING

Defendant, Brandon Gore, through undersigned counsel, respectfully request that the Sentencing Hearing that is currently scheduled for August 5, 2008 be continued to the second or third week in September 2008.

As grounds for this motion, counsel for Mr. Gore states:

1. Mr. Gore appeared before the Court on June 24, 2008 to enter a guilty plea to a revised two count criminal information that charged him with Unlawful Possession with Intent to Distribute Phencyclidine in violation of 21 U.S.C. § 841(a)(1) and § 841(b)(1)© (count 1) and Possession of a Firearm by a Person Previously Convicted of a Felony in violation of 18 U.S.C.§ 922(g) (count 2). The Court maintained the previously scheduled sentencing date of August 5, 2008 which was set when Mr. Gore first entered his guilty plea on May 22, 2008.

2. Undersigned counsel has learned that the sentencing date of August 5, 2008 does not provide Probation Officer Ms. Gregory-Moses sufficient time to complete the PSR, including the disclosure of the initial draft and time to amend the report based on any objections or corrections requested by the parties. The latter problem was inadvertently created by undersigned counsel in

the aftermath of problems that surfaced with the initial plea agreement. Counsel delayed the interview with Mr. Gore, because he had moved to withdraw the plea and had not yet signed a new agreement. That delay derailed the time frame that Ms. Moses-Gregory requires in order to complete the Pre-Sentence Investigation Report. After yesterday's, entry of the guilty plea, undersigned counsel spoke with Ms. Moses-Gregory and she confirmed the above.

3. In order to complete the PSR, Ms. Moses-Gregory requires an additional 30 days. She also gave available dates when she would be available for the sentencing hearing if those dates are also available to the Court. Undersigned counsel has spoken with Assistant United States Attorney, Emily Miller, and she does not oppose rescheduling the sentencing hearing.

4. Undersigned counsel apologizes to the Court, government counsel, and Ms. Moses-Gregory for the inconvenience occasioned by this Motion.

Wherefore, undersigned counsel respectfully request that the sentencing hearing be continued to September 8th, 9th, or 15th, if those dates are convenient to the Court.

          Respectfully submitted,

          A. J. KRAMER
          FEDERAL PUBLIC DEFENDER


          _____/s/_____
          Carlos J. Vanegas
          Assistant Federal Public Defender
          625 Indiana Avenue, N.W.
          Washington, D.C. 20004
          (202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**BRANDON GORE** | )<br>)<br>)<br>)<br>)  Crim. No.: 08-142(JR)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Defendant's Motion To Continue the Sentencing Hearing, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**;

**FURTHER ORDERED** that the Sentencing Hearing will take place on the _____ day of _____ 2008 at _____;

**SO ORDERED**

_____                           _____
DATE                                  JAMES ROBERTSON
                                      UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Emily A. Miller
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530

Renee Moses-Gregory
United States Probation Officer
United States District Court
333 Constitution Ave. Room 2800
Washington, D.C. 20001