UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>BRANDON GORE )<br>)<br>_____ ) | Crim. No.: 08-142(JR) |

**FILED**

JUN 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the Defendant's Motion To Continue the Sentencing Hearing, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**;

**FURTHER ORDERED** that the Sentencing Hearing will take place on the _4th_ day of _September_ 2008 at _9:30 a.m._.

SO ORDERED

_6/25/08_
DATE

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Emily A. Miller
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Renee Moses-Gregory
United States Probation Officer
United States District Court
333 Constitution Ave. Room 2800
Washington, D.C. 20001