UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

v. : Criminal Case No. 08-CR-142 (JR)

BRANDON M. GORE :

**FILED**

**JUN 24 2008**

STATEMENT OF FACTS

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The parties in this case, the United States of America and the defendant, Brandon Gore, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that the defendant committed the offenses to which he is pleading guilty.

1. On March 19, 2008, at approximately 2:57 p.m., Detective Bob Scherr and Detective Timothy Hodge of the United States Park Police were traveling in the area of Florida Avenue and Eckington Place, N.E., Washington, D.C. They observed a gray Saturn bearing Maryland registration number 8CR-L84 with a cracked windshield traveling westbound on Florida Avenue. The defendant, later identified as Brandon Marion Gore, was the driver and sole occupant. He was not wearing a seatbelt. He avoided the appropriate travel roadway by turning off Florida Avenue, driving through a gas station parking lot onto P Street, N.E.

2. Detective Hodge conducted a traffic stop on the Saturn and made contact with the defendant. He advised the defendant of his infractions and requested his driver's license and vehicle registration. Detective Hodge immediately detected an odor of PCP coming from the vehicle. The defendant was visibly shaken. His hands were shaking. He provided the registration card and said the car belonged to a family member. After patting all his pockets, he admitted to not having a permit on his person. When asked, the defendant provided a a false name of Quinton Isaiah Gore (which he spelled incorrectly), and a false birthdate of "7/15/88", which he then

Case 1:08-cr-00142-JR    Document 14    Filed 06/24/2008    Page 2 of 4

"corrected" to a false birth month of June. (His actual birthday is July 27, 1986.) During this roadside interview with the defendant, the odor of PCP increased.

3. The defendant was arrested for failing to exhibit a permit. In a search incident to arrest, police recovered a total of $422.00 in U.S. currency from the defendant's pockets. The police searched the Saturn. In the center console, they found an unknown brown substance packaged like illegal narcotics and rolling papers. On the rear passenger side floorboard, they recovered a sixteen-ounce Schweppes Ginger Ale plastic soda bottle which was approximately half-full of PCP. In the engine compartment, they recovered a clear ziplock bag containing seven one-ounce bottles of PCP, and a silver Taurus .357 magnum revolver, fully loaded with .357 caliber hollow point bullets. The amount of PCP recovered (34.7 grams), and its packaging, is consistent with distribution and not personal use. Before the defendant came into possession of the revolver, the revolver had been shipped and transported in interstate commerce.

4. Prior to March 19, 2008, the defendant had previously been convicted of a crime which is punishable by more than one year's imprisonment, in District of Columbia Superior Court Case No. 2006CF2004611.

_____
EMILY A. MILLER
Assistant United States Attorney

_____
CARLOS VANEGAS, Esquire
Attorney for Defendant

_____
BRANDON M. GORE
Defendant

6/1/08
_____
Date

6/5/08
_____
Date

Case 1:08-cr-00142-JR    Document 14    Filed 06/24/2008    Page 4 of 4